## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AAMCO TRANSMISSIONS, LLC, | : | |
| f/k/a AAMCO TRANSMISSIONS, INC., | : | CIVIL ACTION |
| *Petitioner*, | : | |
| | : | |
| v. | : | |
| | : | |
| | : | Case No. 20-5638 |
| TIMOTHY F. O'NEILL, and | : | |
| T. O'NEILL III, INC., | : | |
| *Respondents*. | : | |

### ORDER

AND NOW, this 21st day of January, 2021, having considered AAMCO Transmissions, LLC's Petition to Confirm Arbitration Award (ECF No. 1), it is ORDERED that:

1. The Petition to Confirm Arbitration Award (ECF No. 1) is GRANTED. The final arbitration award (Petition to Confirm Arbitration Award, Exhibit 2) is CONFIRMED.

2. Judgment is hereby entered on behalf of Petitioner against Respondents Timothy F. O'Neill and T.O'Neill III, Inc. in the amount of $120,956.12 and $13,825.13 for attorneys' fees, costs and other expenses.

The Clerk of Court is directed to close this case.

BY THE COURT

/s/ Chad F. Kenney
CHAD F. KENNEY, JUDGE